DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUANITTA DARLYNN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MARK SHERMAN, individually; DEPARTMENT OF THE AIR FORCE, a Division of the UNITED STATES of AMERICA; DOES I through XX, ROE CORPORATION I through X; ROE EMPLOYEES I through X inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02800-JAD-VCF<br><br>**NOTICE OF SUBSTITUTION** |

　　　The United States of America hereby notifies Plaintiff and this Court that Dayle Elieson, United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that Federal Defendant Christopher Mark Sherman was acting within the course and scope of his duties with the United States Air Force at all times relevant to the events alleged in Plaintiff's Complaint. (Exhibit 1, Certification of Scope of Employment of Christopher Mark Sherman.)

　　　Thus, this action "shall be deemed to be an action or proceeding brought against the United States . . . , and the United States shall be substituted as the party defendant" in place of Christopher Mark Sherman. 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 2671.

1

Based on the foregoing, the United States Attorney's certification automatically substitutes the United States of America as the defendant in the place of Christopher Mark Sherman in this case and the caption of this case should be amended by removing Defendant Christopher Mark Sherman individually and substituting the United States of America.

For the convenience of this Court, the United States of America submits a proposed Order reflecting this substitution and amending the caption of this action accordingly. (Exhibit 2, Proposed Order.)

Dated this 22nd day of January 2018.

          DAYLE ELIESON
          United States Attorney

          */s/ Troy K. Flake*
          TROY K. FLAKE
          Assistant United States Attorney

**PROOF OF SERVICE**

I, Troy K. Flake, hereby certify that the **NOTICE OF SUBSTITUTION** was served this date on all parties via the Court's Electronic Case Filing system.

Dated this 22nd day of January 2018.

          */s/ Troy K. Flake*
          TROY K. FLAKE
          Assistant United States Attorney

# EXHIBIT 1
Certification of Scope of Employment

DAYLE ELIESON
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUANITTA DARLYNN,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MARK SHERMAN, *et al.*<br><br>Defendants. | Case No. 2:17-cv-02800-JAD-VCF<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT** |

Pursuant to 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by the Attorney General of the United States of America under 28 CFR § 15.4, I hereby certify:

1. I have read the Complaint filed on November 7, 2018, in the case entitled *Juanitta Darlynn v. Christopher Mark Sherman, individually;, et al.*, Case No. 2:17-cv-02800-JAD-VCF, and have reviewed materials pertaining to the employment status of Christopher Mark Sherman, an employee of the United States Air Force.

2. Based on the information currently available to me with respect to the incident that is the subject of this action, Christopher Mark Sherman was acting within the course and scope of his employment as an employee of the United States Air Force, at the time of the incidents out of which the suit arose.

Dated this _22_ day of January 2018.

_____
DAYLE ELIESON
United States Attorney

# EXHIBIT 2
Proposed Order

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUANITTA DARLYNN, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02800-JAD-VCF |
| v. | ) |
| UNITED STATES OF AMERICA; DEPARTMENT OF THE AIR FORCE, a Division of the UNITED STATES of AMERICA; DOES I through XX, ROE CORPORATION I through X; ROE EMPLOYEES I through X inclusive, | ) **[PROPOSED]** ORDER |
| Defendants. | ) |

This Court having been apprised by the United States of America that Dayle Elieson, United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that Federal Defendant Christopher Mark Sherman was acting within the course and scope of his duties as an employee of the United States Air Force at all times relevant to the events alleged in Plaintiff's Complaint pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671 and having been apprised of the Substitution of the United States of America in place of Federal Defendant Christopher Mark Sherman pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Federal Defendant Christopher Mark Sherman is dismissed from this action on the grounds that the exclusive remedy for such claims is an action against the United States of America pursuant to 28 U.S.C. §§ 2679(b)(1), (d)(2) and 2671;

1

1     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States
2 of America has been substituted as a Federal Defendant in this case;
3     **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the caption of this
4 action is and shall hereafter be modified as shown above to reflect the substitution of the United
5 States of America in place of Federal Defendant Christopher Mark Sherman.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-13-2018