# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JUANITTA DARLYNN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE AIR FORCE, *et al.*,<br><br>    Defendants. | 2:17-cv-02800-JAD-VCF<br><br>**ORDER** |

Before the court is the Motion for Exception from Settlement Conference Attendance Requirement (ECF No. 30).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion for Exception from Settlement Conference Attendance Requirement (ECF No. 30) must be filed on or before August 22, 2019.

DATED this 15th day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE