NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
troy.flake@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Juanitta Darlynn,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Department of the Air Force, *et. al.*,<br><br>　　　　Defendants. | Case No. 2:17-cv-02800-JAD-VCF<br><br>**UNOPPOSED MOTION TO CONTINUE SETTLEMENT CONFERENCE** |

　　　The United States respectfully requests that the Court continue the settlement conference currently set for September 5, 2019. The office of Plaintiff's counsel, Robert Hempen II, Esq., called undersigned counsel and informed him that Mr. Hempen is hospitalized with serious health issues, unable to attend the settlement conference, and will likely require another attorney to handle this matter going forward.

1

Accordingly, the United States respectfully requests that the settlement conference scheduled for September 5, 2019 be continued and that the court order the parties to submit a status report within 45 days.

Respectfully submitted this 23rd day of August 2019.

NICHOLAS A. TRUTANICH
United States Attorney

 *s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

IT IS HEREBY ORDERED that the settlement conference scheduled for September 5, 2019, is VACATED.

IT IS FURTHER ORDERED that a status report must be filed on or before October 7, 2019.

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
8-23-2019

**DATED:** _____