**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**WILLIAM T. MARTIN, Esq.**
Nevada Bar No. 2534
**GGRM LAW FIRM**
2770 S. Maryland Pkwy., Ste. 100
Las Vegas, NV  89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email:  dcoil@ggrmlawfirm.com
            wmartin@ggrmlawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUANITTA DARLYNN, | Case No.:   2:17-cv-02800-JAD-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND STAY** |
| DEPARTMENT OF THE AIR FORCE, ET. AL., | **(Sixth Request)** |
| Defendants. | ECF No. 55 |

Plaintiff, Juanitta Darlynn (hereafter, "Plaintiff"), and Defendant, Department of the Air Force, et al. (hereafter, "Defendant"), by and through their respective counsel, stipulate and agree as follows:

1. Plaintiff has an open workers compensation case and in connection therewith has requested two Independent Medical Examinations (IME).

2. The insurer never responded to Plaintiff's initial request for an IME and on September 25, 2020, Plaintiff filed an appeal of the defacto denial of the request for an IME. That appeal was set for hearing on February 23, 2021 and at the hearing, the Hearing Officer ordered the workers compensation insurer to approve and schedule the IME.  The Order relating to that hearing was dated March 10, 2021. However, neither party has been able to find a medical provider to perform that IME.

3. On May 18, 2021 Plaintiff sent the insurer another request for an IME with Dr. Thomas Shang. The insurer never responded to Plaintiff's request for that IME and on June 22, 2021 Plaintiff filed an appeal of the defacto denial of the request for an

IME. That appeal was originally set to be heard by a Hearing Officer on September 28, 2021 but the parties stipulated to waive the hearing before the Hearing Officer level and proceed directly to the Appeals Officer level. The Appeals Officer hearing was originally set for November 8, 2021 but was reset to March 29, 2021. See Exhibit 1 attached hereto.

4. Plaintiff's 5th Request for Stay (Document 54) noted Plaintiff's workers compensation attorney was trying to resolve Plaintiff's workers compensation case by having the employer's counsel stipulate to Plaintiff undergoing a Permanent Partial Disability (PPD) evaluation during which she would be evaluated, and her injuries apportioned. However, to date, those efforts have stalled.

5. The results of the IME and/or PPD will be important to how potential future proceedings regarding this matter will be conducted.

6. The parties have agreed to extend the stay regarding this matter an additional 150 days (until May 12, 2022 to allow sufficient time following the March 29, 2022 hearing for the workers compensation case to proceed).

This is the sixth request to extend the stay in this matter and the extension is not requested for the purpose of delay or to cause undue prejudice to any party.

DATED this 10th day of December, 2021.         DATED this 10th day of December, 2021.

**GGRM LAW FIRM**

*/s/ William T. Martin, Esq.*                              */s/ Troy K. Flake, Esq.*

**DILLON G. COIL, ESQ.**                              **TROY K. FLAKE, ESQ.**
Nevada Bar No. 11541                                    Assistant United States Attorney
**WILLIAM T. MARTIN, ESQ.**                    501 Las Vegas Boulevard South, Suite 1100
Nevada Bar No. 2534                                     Las Vegas, Nevada 89101
2770 S. Maryland Pkwy., Ste. 100              *Attorney for the United States*
Las Vegas, NV 89109
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2021